the Borg-Warner Corporation, appellants. *Andrew Di-Maggio* for appellee.

No. 564. UNITED STATES *v.* TOWNSHIP OF MUSKEGON ET AL. Appeal from the Supreme Court of Michigan. Probable jurisdiction noted. *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky* and *Lyle M. Turner* for the United States. *Harold M. Street* for appellees, and *Robert A. Cavanaugh* for Muskegon County, appellee.

No. 565. CONTINENTAL MOTORS CORP. ET AL. *v.* TOWNSHIP OF MUSKEGON ET AL. Appeal from the Supreme Court of Michigan. Probable jurisdiction noted. *Victor W. Klein* for the Continental Motors Corporation, appellant. *Harold M. Street* for appellees, and *Robert A. Cavanaugh* for Muskegon County, appellee.

No. 563. CITY OF DETROIT ET AL. *v.* MURRAY CORPORATION OF AMERICA ET AL. C. A. 6th Cir. Certiorari granted. *G. Edwin Slater* for the City of Detroit, and *Philip A. McHugh* and *Albert E. Champney* for the County of Wayne, petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Hilbert P. Zarky* for the United States, and *Victor W. Klein* for the Murray Corporation of America, respondents.

No. 607. TAYLOR ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted. *Gordon Browning* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.